IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-347-RJC-DCK

| | |
|---|---|
| JAMES THOMAS COSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TRANS UNION LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Robert deRosset, concerning Lauren M. Wood on August 23, 2019. Ms. Lauren M. Wood seeks to appear as counsel *pro hac vice* for Defendant Trans Union LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Lauren M. Wood is hereby admitted *pro hac vice* to represent Defendant Trans Union LLC.

**SO ORDERED**.

Signed: August 23, 2019

David C. Keesler
United States Magistrate Judge